U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAY 1 6 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | R2189276 |
| VERSUS | : | 18 U.S.C. §641 |
| NICHOLAS WRIGHT | : | CASE NO. 5:11-cr-00117-01 |

### BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

That on or about 29 April 2011, at Barksdale AFB, Louisiana, in the Shreveport Division of the Western District of Louisiana, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, Nicholas Wright did willfully and wrongfully steal and purloin the following: one SOCOM4 Playstation 3 video game of the value of $59.95 of the goods and property of the United States, in violation of 18 U.S.C. §641.

STEPHANIE A. FINLEY
United States Attorney

BY: _____
JOHN S. ODOM, JR.
Special Asst. U. S. Attorney